THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR
 RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Eddie Evans, Appellant.
 
 
 

Appeal From Richland County
Reginald I. Lloyd, Circuit Court Judge

Unpublished Opinion No. 2011-UP-461  
 Submitted October 1, 2011  Filed October
19, 2011

AFFIRMED

 
 
 
 Joseph L. Savitz, III, of Columbia, for
 Appellant.
 Teresa A. Knox, Tommy Evans, Jr., and J.
 Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Eddie Evans appeals the circuit court's full
 revocation of his probation, arguing the circuit court erred by finding he had
 actual or constructive possession of a shotgun.  We affirm[1] pursuant to
 Rule 220(b)(1), SCACR, and the following authority:  State v. Hicks,
 387 S.C. 378, 379, 692 S.E.2d 919, 920 (2010) ("Where the ruling of the
 trial judge is based on more than one ground, an appellate court must affirm
 unless the appellant appeals all grounds upon which the ruling was based."). 
AFFIRMED.
FEW, C.J.,
 THOMAS and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.